VIRGINIA
& AMBINDER LLP
Attorneys at Law

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
Facsimile: (212) 943-9082

MEMORANDUM ENDORSED

**Maura Moosnick**
Partner
mmoosnick@vandallp.com

August 19, 2026

**VIA ECF**

Hon. Gabriel Gorenstein, U.S.M.J.
Southern District of New York
500 Pearl Street
New York, New York 10007

**RE: Request for Stay**
*Trustees of the New York City District Council of Carpenters Pension Fund, et al. v. Hydro-Marine Construction Company, Inc.*, Case No. 26-CV-6011 (JHR)(GWG)

Dear Judge Gorenstein:

This firm represents the Petitioners in the above-referenced action to confirm an arbitration award against Hydro-Marine Construction Company, Inc. ("Respondent"), to collect an estimated delinquency and compel audit compliance. We write to provide the Court with a status update and to respectfully request a 45-day stay of litigation through October 5, 2026.

On July 29, 2026, Respondent was served with the summons, petition, and supporting documents. Following service, a representative for Respondent contacted the undersigned to initiate settlement discussions. Respondent advises that it wishes to attempt to comply with the audit in connection with the portion of the audit period during which it was active, as it contends it is no longer operating. Respondent contends that because it is not operational, the cost of litigation would be prohibitive. Petitioners agree that it is prudent to conserve resources at this stage of litigation in order to determine whether audit compliance and settlement are viable.

The Petitioners Trustees next meet in person in October 2026. Pre-meeting settlement submissions are due by October 5, 2026. If the parties are unable to settle by that point, the Petitioners intend to proceed with litigation.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

*/s/Maura Moosnick*
Maura Moosnick, Esq.

Cc: Kevin Brotspies, Esq.

The application for a stay of litigation is granted. Plaintiff shall file a letter on or before October 19, 2026, indicating the status of the settlement discussions and of this case.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge

August 19, 2026