VIRGINIA
& AMBINDER LLP
Attorneys at Law

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
Facsimile: (212) 943-9082

MEMORANDUM ENDORSED

**Maura Moosnick**
Partner
mmoosnick@vandallp.com

October 15, 2026

**VIA ECF**

Hon. Gabriel Gorenstein, U.S.M.J.
Southern District of New York
500 Pearl Street
New York, New York 10007

**RE: Status Report and Request for Extension of Stay**
*Trustees of the New York City District Council of Carpenters Pension Fund, et al. v. Hydro-Marine Construction Company, Inc.,* Case No. 26-CV-6011 (JHR)(GWG)

Dear Judge Gorenstein:

This firm represents the Petitioners in the above-referenced action to confirm an arbitration award against Hydro-Marine Construction Company, Inc. ("Respondent"), to collect an estimated delinquency and compel audit compliance. We write to provide the Court with a status update pursuant to the Court's August 19, 2026 Order, and to respectfully request an extension of the stay of litigation through December 18, 2026.

As we previously reported to the Court, on July 29, 2026, Respondent was served with the summons, petition, and supporting documents. Following service, a representative for Respondent contacted the undersigned to initiate settlement discussions. Respondent advised that it wishes to attempt to comply with the audit in connection with the portion of the audit period during which it was active, as it contends it is no longer operating. Respondent contended that because it is not operational, the cost of litigation would be prohibitive. Petitioners agreed that it would be prudent to conserve resources at this stage of litigation in order to determine whether audit compliance and settlement are viable.

Respondent furnished numerous records requested by the Petitioners' auditing firm, after which the parties awaited the auditing firm's review. On October 14, 2026, the auditing firm contacted Respondent to identify several additional documents required to determine whether or not deficiencies should be assessed in connection with certain transactions. Respondent represents that it is in the process of reviewing its records in response to those supplemental requests. The auditing firm has advised that if the records are not furnished, it can finish the audit report without the records by employing certain assumptions in the absence of documentary proof

The Petitioners Trustees next meet in person in December 2026; it is at this next meeting that they would consider any settlement of this matter. The parties accordingly request an extension of the stay of litigation through December 18, 2026, to accommodate continued audit compliance by the Respondent without incurring additional fees and costs in connection with this matter against a purportedly inactive corporation.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

*/s/Maura Moosnick*
Maura Moosnick, Esq.

Cc: Kevin Brotspies, Esq.

The application for a stay of litigation is granted. Plaintiff shall file a letter on or before January 19, 2027, indicating the status of the settlement discussions and of this case.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
October 16, 2026